In the Matter of the Accounting of UNION TRUST COMPANY OF JAMESTOWN, NEW YORK, as Administrator with the Will Annexed of MARTIN MERZ, Deceased, Appellant; MAE M. BARRETT et al., Respondents.

(Argued September 28, 1936;  decided October 13, 1936.)

*Thomas R. Wheeler* and *Rex Crosby* for appellant.

*J. Russell Rogerson* for Mae M. ·Barrett et al., respondents.

*Ernest D. Leet* for George L. Merz et al., respondents.

Order affirmed, with costs. First to fifteenth questions certified answered in the affirmative. Additional question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.